IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DIGIMEDIA TECH, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | NO.   6:23-CV-00776 |
| | § | |
| ROKU, INC., | § | |
| | § | |
| *Defendants*. | § | |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a) and the Parties' Joint Motion to Dismiss Plaintiff's Claims with Prejudice (Doc. 19) filed June 6, 2024.

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 7th day of June, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE